| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 11-CR-22-JMH-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3-13-00022 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District of Kentucky | Lexington |
| | NAME OF SENTENCING JUDGE | |
| Jeff Lewis | The Honorable Joseph M. Hood | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/26/2012 | TO 3/25/2017 |

**OFFENSE**
Conspiracy to Defraud Through Kickbacks and Concealment of Material Information

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    KENTUCKY

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Middle District of Tennessee    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/20/12    *[signed]* Joseph M. Hood
*Date*    *Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    MIDDLE    DISTRICT OF    TENNESSEE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/11/18    *[signed]* Todd Campbell
*Effective Date*    *United States District Judge*