UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00022 |
| | ) | JUDGE CAMPBELL |
| JEFF LEWIS | ) | |

ORDER

Pending before the Court is Defendant's Motion to Modify or to Terminate Probation (Docket No. 4). The Government is directed to file a response by August 5, 2014.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE