UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00022 |
| | ) | JUDGE CAMPBELL |
| JEFF LEWIS | ) | |

## ORDER

Pending before the Court is an Unopposed Motion To Modify Conditions Of Probation To Permit International Travel For Employment (Docket No. 11). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE